IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. C 11-03067 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| DOES 1-97, | |
|     Defendant. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that ex parte application for leave to take expedited discovery and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Donna M. Ryu. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Ryu.

Dated: 6/29/2011

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

cc: Sue; DMR