1   Brett L. Gibbs, Esq. (SBN 251000)
    Steele Hansmeier PLLC.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                  IN THE UNITED STATES DISTRICT COURT FOR THE

8                      NORTHERN DISTRICT OF CALIFORNIA

9                             OAKLAND DIVISION

10

11
    AF HOLDINGS LLC                    )        **No. C-11-03067 CW**
12                                     )
            Plaintiff,                 )
13        v.                           )        **[PROPOSED] ORDER GRANTING**
                                       )        **PLAINTIFF'S MOTION FOR**
14  DOE 1,                             )        **LEAVE TO CONTINUE INITIAL**
                                       )        **CASE MANAGEMENT CONFERENCE**
15          Defendant.                 )
                                       )
16  _____   )

17      **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL
                     CASE MANAGEMENT CONFERENCE**
18
            On September 7, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to
19
    Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this
20
    action.  In light of the points made in Plaintiff's Motion, and for good cause appearing,
21
            IT IS HEREBY ORDERED that the case management currently scheduled for September 27,
22
    2011, is continued to **Tuesday, December 20, 2011, at 2:00 p.m. on the 4th Floor in Courtroom 2**
23
    **of the Oakland Federal Court.**
24

25

26  DATED:_____          _____

27                                                        Claudia Wilken
                                                   United States Magistrate Judge
28