# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | No. C-11-03067 CW |
| Plaintiff, | **DECLARATION OF BRETT L. GIBBS** |
| v. | |
| DOE 1, | |
| Defendant. | |

**DECLARATION OF BRETT L. GIBBS**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. Per Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a), counsel for Plaintiff submits this Declaration to notify the Court that, despite reasonable efforts, Plaintiff's counsel was unable to obtain a Joint Case Management Conference Statement in this case. This is for the simple reason that Plaintiff is the only party in this case.

3. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: January 4, 2012**

By:     /s/ Brett L. Gibbs,