1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                     NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10

11
   AF HOLDINGS LLC,                )      **No. C-11-03067 CW**
12                                 )
              Plaintiff,           )      **RULE 26(f) REPORT**
13        v.                       )
                                   )
14 DOE 1,                          )
                                   )
15            Defendant.           )
                                   )
16 _____ )

17
                         **RULE 26(f) REPORT**
18
        Plaintiff AF Holdings LLC, by and through its counsel, hereby submits this Rule 26(f)
19
   Report pursuant to the Court's Order Setting Initial Case Management Conference and ADR
20
   Deadlines (Doc. No. 3), Federal Rules of Civil Procedure (hereinafter "FRCP") Rules 26(a)(1) and
21
   26(f), and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a):
22
   **1. Individuals Likely to Have Discoverable Information:**
23

24        •   Salt Marsh, Owner of AF Holdings

25        •   Peter Hansmeier – 161 North Clark Street, Suite 3200, Chicago, Ill., 60601.

26        •   Person Most Knowledgeable ("PMK") at Internet Service Provider in their Subpoena
27
              Department – Custodian of Records.
28

- Subscriber associated with IP address 108.0.221.94 – …[1]

- Doe Suspects – Yet to be identified.

- Plaintiff reserves the right to add to this list of individuals identified as necessary in the future.

**2. Documents, Electronically Stored Information, and Tangible Things:**

- Physical Documents – Plaintiff's copyright records.

- Electronically Stored Information – BitTorrent auditor, forensic information demonstrating infringing activity over the BitTorrent.

**3. Projected Discovery Timelines:**

At this point, any projected timelines are premature for reasons explained in Plaintiff's Case Management Conference Statement. (*See* ECF No. 25).

**4. Subjects on Which Discovery, Including Electronic Discovery, Will be Needed:**

As noted in Plaintiff's Case Management Conference Statement (ECF No. 25), Plaintiff is currently in settlement negotiations with the Subscriber.  Plaintiff expects that the settlement will provide Plaintiff with names, and contact information, of the Doe Suspects who likely used Subscriber's IP address to unlawfully upload/download Plaintiff's copyrighted.  Once Plaintiff gets this information, it will conduct its own investigation to identify and hopefully name the actual infringer(s) in this case.  Until Plaintiff receives a declaration from the Subscriber to this effect, however, Plaintiff cannot guess as to its content.  In other words, Plaintiff's next move entirely depends on whether Plaintiff receives that declaration from the Subscriber, and, is so, what the declaration contains.  At this point, therefore, Plaintiff cannot foresee anything beyond waiting for the Subscriber's declaration.

Should the declaration name the Doe Suspects, and allow Plaintiff to contact those individuals, Plaintiff will of course do so.  Further, while impossible to judge at this juncture,

---

[1] Per the tentative agreement between Plaintiff and Subscriber, Plaintiff will respectfully keep Subscriber's name anonymous when making this filing.

PLAINTIFF'S RULE 26(f) REPORT                                   No. C-11-03067 CW

1   Plaintiff may apply to the Court for a Court-authorized deposition of one (or all) of these individuals

2   with the primary goal of identifying the Doe Defendant remaining in this case.  But, again,

3   considering the requisite declaration from the Subscriber does not exist at this time, Plaintiff only

4   guesses as to what may be necessary discovery in the future of this case.

5   **5. Objections:**

6         Plaintiff objects to the Court requiring Plaintiff to make any projected deadlines in this case

7   at this time.

8   **6. Discovery Motion Currently Pending:**

9
        N/A.
10

11  **7. Other Issues:**

12        N/A.

13

14  Respectfully Submitted,

15                                            PRENDA LAW INC.,

16  **DATED: January 4, 2012**

17

                                     By:        /s/  Brett L. Gibbs, Esq.
18

19                                          Brett L. Gibbs, Esq. (SBN 251000)
                                            Prenda Law Inc.
20                                          38 Miller Avenue, #263
                                            Mill Valley, CA 94941
21                                          blgibbs@wefightpiracy.com
                                            *Attorney for Plaintiff*
22

23

24

25

26

27

28
                                                3
                                    PLAINTIFF'S RULE 26(f) REPORT                    No. C-11-03067 CW

1

2                          **CERTIFICATE OF SERVICE**

3    The undersigned hereby certifies that on January 4, 2012, all individuals of record who are deemed
     to have consented to electronic service are being served a true and correct copy of the foregoing
4    document, and all attachments and related documents, using the Court's ECF system, in compliance
     with Local Rule 5-6 and General Order 45.
5

6

7                                                            /s/ Brett L. Gibbs_____
                                                             Brett L. Gibbs, Esq.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               4
                          PLAINTIFF'S RULE 26(f) REPORT              No. C-11-03067 CW