IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS,<br><br>    Plaintiff,<br><br>  v.<br><br>DOE 1,<br><br>    Defendant.<br>_____/ | No. C 11-3067 CW<br><br>ORDER EXTENDING TIME LIMIT FOR SERVICE OF PROCESS, REQUIRING PROOF OF TIMELY SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE |

On June 21, 2011, Plaintiff AF Holdings LLC filed this action against Defendants Does One through Ninety-seven. On November 1, 2011, this Court severed Does Two through Ninety-seven from this action and dismissed without prejudice the claims against them. Plaintiff has not yet filed proof of service of process on the remaining Defendant, Doe One. Under Federal Rule of Civil Procedure 4(m), service of process on Defendant should have been perfected by October 19, 2011.

The Court hereby EXTENDS the time period allowed for service of process pursuant to Rule 4(m). The Court ORDERS that Plaintiff shall complete service upon Defendant by February 6, 2012 and file proof that Plaintiff served Defendant in accordance with this order by February 9, 2012. Plaintiff's failure to comply with this Order will result in the dismissal of Plaintiff's claim against Defendant for failure to serve timely.

The case management conference currently set for Wednesday, January 11, 2012 at 2:00 p.m. is hereby CONTINUED to Wednesday, May 9, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 1/6/2012

CLAUDIA WILKEN
United States District Judge